1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NITA STEPHAN,**<br><br>        Plaintiff,<br><br>    v.<br><br>**KILOLO KIJAKAZI,**<br><br>        Defendant. | Case No.  4:22-cv-06021-YGR<br><br>**ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS; CONTINUING COMPLIANCE DEADLINE** |

     **TO PLAINTIFF NITA STEPHAN, DEFENDANT KILOLO KIJAKAZI, AND THEIR COUNSEL OF RECORD:**

     You are **HEREBY ORDERED TO SHOW CAUSE** why each party should not be sanctioned in the amount of $200 for failure to comply with this Court's Order Setting Compliance Deadline and Order Directing Parties to Inform Court Whether They Consent to Magistrate Judge for all Purposes.

     On December 15, 2022, the Court issued an order directing the parties to advise the Court whether they consent to have a magistrate judge conduct all further proceedings in this case, including jointly agreeing to a specific magistrate judge.  (Dkt. No. 12.)  Since responses were not timely received, the Court set a compliance deadline for February 3, 2023.  (Dkt. No. 15.)  Pursuant to the terms of the compliance order, the parties were to file either a joint stipulation advising the Court of their consent, or alternatively, their declinations to proceed before a magistrate judge.  Responses were due by January 27, 2023.  Again, no response has been timely received.

     The compliance deadline in this case is continued by two weeks to February 17, 2023, at 9:01 a.m.  By no later than Friday, February 10, 2023, the parties must file a single joint written response to this Order to Show Cause.  If the Court is satisfied with the parties' response, the compliance deadline will be vacated.  Failure to file a joint written response will be deemed an

admission that no good cause exists for violating two orders of this Court and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: January 30, 2023

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

2